[No. 7508.   Decided August 19, 1909.]

THE STATE OF WASHINGTON, *on the Relation of W. J. Canton,
Appellant,* v. CHARLES F. WILL *et al., Respondents.*[1]

Appeal from a judgment of the superior court for Douglas county,
Steiner, J., entered May 6, 1908, upon findings in favor of the defend-
ants, after a trial before the court without a jury, in an action for
a writ of mandamus. Reversed.

*Hannan & Clapp* and *Arthur McGuire,* for appellant.
*Sam B. Hill* and *John W. Hanna,* for respondents.

PER CURIAM.—This action is an application to the superior court
of Douglas county by W. J. Canton, for a writ of mandamus requir-
ing the auditor and commissioners of said county to issue a warrant

[1]Reported in 103 Pac. 482.

for excess salary alleged to be due relator as prosecuting attorney. From a final judgment denying the writ, the relator has appealed.

In pursuance of a stipulation on file, and on the authority of the opinion of this court filed on this date, in cause No. 7506, *State ex rel. Maltbie v. Will, ante* p. 453, 103 Pac. 479, 104 Pac. 797, the judgment of the superior court is reversed, and the cause remanded with instructions to grant a writ of mandate directing the issuance of a warrant to appellant for additional salary from January 9, 1905, to January 14, 1907, at the rate of $100 per annum. The appellant will recover his costs in this court and in the superior court, including statutory attorney's fees.